**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/22
```

UNITED STATES OF AMERICA,

    -against-

JOSHUA MIRABAL,

               Defendant.

JOSHUA MIRABAL,

               Petitioner,

    -against-

UNITED STATES OF AMERICA,

               Defendant.

<u>ORDER</u>

**16 Cr. 272 (VM)**

**22 Civ. 3377 (VM)**

**VICTOR MARRERO, United States District Judge.**

The defendant-petitioner Joshua Mirabal ("Mirabal") requests a 30-day extension to file a brief in support of his pro se motion under 28 U.S.C. § 2255 ("Motion"). (Cr. Dkt. No. 633; Civ. Dkt. No. 5.)

The defendant's requested extension is **GRANTED**. The Government shall respond to the Motion within 60 days of Mirabal filing the brief in support of his motion. Mirabal may file a reply 30 days after the Government files its submission.

1

**SO ORDERED.**

Dated: May 19, 2022
      New York, New York

                                                      Victor Marrero
                                                       U.S.D.J.