**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      -against-<br><br>JOSHUA MIRABAL,<br><br>                        Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/27/22<br><br>**ORDER**<br><br>**16 Cr. 272 (VM)** |
| JOSHUA MIRABAL,<br><br>                        Petitioner,<br><br>      -against-<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | **22 Civ. 3377 (VM)** |

**VICTOR MARRERO, United States District Judge**.

The defendant-petitioner Joshua Mirabal ("Mirabal") filed a letter stating he is submitting additional copies of his brief ("Brief") in support of his pro se motion under 28 U.S.C. § 2255. (See Cr. Dkt. No. 644; Civ. Dkt. No. 8.) Mirabal stated that he submitted the additional copies because the Brief was not posted on ECF, and he asked that the ECF docket be updated to reflect that he has filed the Brief.

The Court already received copies of the Brief, and on June 16, 2022, the Court directed the Clerk of Court to file the Brief on the dockets: 16 Cr. 272 and 22 Civ. 3377. (See Cr. Dkt. No. 640; Civ. Dkt. No. 7.) However, the Court directed that access to

the Brief be restricted to the Government, the defense, and the Court, because Mirabal attached portions of the Presentence Investigation Report (Dkt. No. 513), which is under seal.

**SO ORDERED.**

Dated: July 27, 2022
       New York, New York

_____
                              Victor Marrero
                              U.S.D.J.