**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/22
```

UNITED STATES OF AMERICA,

    -against-

JOSHUA MIRABAL,

               Defendant.

**ORDER**

**16 Cr. 272 (VM)**

JOSHUA MIRABAL,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Defendant.

**22 Civ. 3377 (VM)**

**VICTOR MARRERO, United States District Judge.**

The Court has investigated the issues raised by the Government, in its letter dated August 23, 2022, (see Cr. Dkt. No. 653), regarding its access to the pro se motions filed by defendant-petitioner Joshua Mirabal ("Mirabal"). The Court understands that the Government now has access to those motions and has viewed them.

As for the Government's request for time to respond to the motions, (see Cr. Dkt. No. 653), the Court directs the Government to respond to both motions within 60 days of the date of this order.

**SO ORDERED.**

Dated: August 26, 2022
      New York, New York

                                                                     _____
                                                                       Victor Marrero
                                                                          U.S.D.J.